USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/17

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BREAKWATER TRADING LLC and BWT
PROFESSIONAL TRADING, LLC,
individually and on behalf of all those similarly
situated,

                   *Plaintiffs,*

     v.

BANK OF AMERICA CORPORATION, *et
al.,*

                   *Defendants.*

16-cv-3449 (PGG)

---

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Breakwater Trading LLC and BWT Professional Trading, LLC, by and through its undersigned counsel, hereby voluntarily dismiss the above action without prejudice. No class has been certified, and defendants have not answered the complaint, nor moved for summary judgment. No statute governing this action requires an order from the court for voluntary dismissal. Accordingly, this action is hereby dismissed in its entirety and without prejudice.

Dated: August 25, 2017

                 **NUSSBAUM LAW GROUP, P.C.**

                 By: _____*s/ Linda P. Nussbaum*_____
                      Linda P. Nussbaum
                      Bradley J. Demuth
                      Bart D. Cohen
                      Hugh D. Sandler
                      1211 Avenue of the Americas, 40th Fl
                      New York, NY  10036-8718
                      Tel: 971-438-9102
                      lnussbaum@nussbaumpc.com
                      bdemuth@nussbaumpc.com
                      bcohen@nussbaumpc.com
                      hsandler@nussbaumpc.com

**SO ORDERED:**

_Paul A. Gardephe_____
**Paul G. Gardephe, U.S.D.J.**

Dated: Aug. 30, 2017

Michael E. Criden
Kevin B. Love
Lindsey C. Grossman
**CRIDEN & LOVE, P.A.**
7301 S.W. 57th Court, Ste 515
South Miami, Florida 33143
Telephone: (305) 357-9000
Fax: (305) 357-9050
mcriden@cridenlove.com
klove@cridenlove.com
lgrossman@cridenlove.com

Scott P. Schlesinger
Jonathan Gdanski
Jeffrey L. Haberman
**SCHLESINGER LAW OFFICES, P.A.**
1212 Southeast Third Avenue
Fort Lauderdale, FL 33316
Telephone: (954) 320-9507
Fax: (954) 320-9509
scott@schlesingerlaw.com
jgdanski@schlesingerlaw.com
jhaberman@schlesingerlaw.com

*Attorneys for Plaintiffs Breakwater Trading
LLC and BWT Professional Trading, LLC*